GEORGE W. FARNAM and another, *Appellants, v.* HALL F. BALDWIN and another, *Respondents.* — Judgment affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

JOHN FALLON, *Respondent, v.* ROSANNA LAWLER, *Appellant.* — Judgment reversed and a new trial granted, costs to abide event, order of reference vacated. Opinion by BARNARD, P. J.

ALBERT V. MEEKS, *Executor, etc., Respondents, v.* JOHN C. RANKIN and another, *Appellants.* — Order refusing to vacate order directing payment of money affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.

OSCAR F. ARCHER, *v.* THOMAS W. RADFORD. — Motions denied, with ten dollars costs. Opinions by Justices BARNARD and PRATT.

IN THE MATTER OF JOHN PIERCE AN IMPRISONED DEBTOR. — Motion for reargument denied, with ten dollars costs. Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* JEREMIAH WHITE, *Appellant.* — Conviction affirmed. Opinion by PRATT, J.

AARON B. WHITLOCK, *Respondent, v.* WILLIAM J. SEXTON, *Administrator, etc., Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

COTTON W. BEAN, *Appellant, v.* JAMES O. COLE, *Sheriff, etc., Respondent.* — Order denying new trial for newly discovered evidence affirmed, with costs and disbursements. Opinion by PRATT, J.; DYKMAN, J., not sitting.

JOHN S. HARRIS *v.* AARON HEALY, *Respondent.* DAVID VAN WART, *Appellant, Impleaded, etc.* — Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

ALEXANDER HAMILTON and others, *Respondents, v.* CHARLES GODFREY GUNTHER and others, *Appellants.* — Judgment upon order that the demurrers of appellants were frivolous affirmed, with costs. Opinion by DYKMAN, J.

THEODORE B. GATES, *Appellant, v.* HENRY S. YOUNG and others, *Respondents.* — Order staying examination reversed, with costs and disbursements. Opinion by PRATT, J.; DYKMAN, J. not sitting.

WILLIAM C. FARLEIGH, *Respondent, v.* AARON BERWIN, *Appellant, Impleaded, etc.* Order referring action reversed, with costs and disbursements. Opinion by BARNARD, P. J.

IDA S. BUSH, *Respondent, v.* WILLIAM B. POST and others, *Appellants.* — Order refusing leave to assignee of judgment creditor to become party defendant affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

SARAH F. HUNTER, *Administratrix, Respondent, v.* JOSEPH J. LITTLE and another, *Appellants.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; PRATT, J., not sitting.